**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7430**

RAMONA JACKSON,

Plaintiff - Appellant,

v.

ARMOR CORRECTIONAL HEALTH SERVICES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:18-cv-00133-AWA-RJK)

Submitted:  March 14, 2019                           Decided:  March 19, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ramona Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramona Jackson filed a proposed complaint against Armor Correctional Health Services, Inc. (ACH). She alleged that ACH violated the civil rights of her son, William Jackson, an inmate, because they failed to treat a medical condition. She then filed a notice of appeal before the district court entered any order. Thus, there is no appealable order to review. Accordingly, we deny the motion to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*